Cite as 29 I&N Dec. 201 (A.G. 2025)                    Interim Decision #4120

# Matter of R-E-R-M- & J-D-R-M-, Respondents

*Decided by Attorney General September 2, 2025*

U.S. Department of Justice
Office of the Attorney General

## BEFORE THE ATTORNEY GENERAL

Pursuant to 8 C.F.R. § 1003.1(h)(1)(i), I direct the Board of Immigration Appeals to refer this case to me for review of its decision.  For the reasons set forth in the accompanying opinion, I remand the case to the Board for further proceedings in accordance with this opinion.